# PRIMMER PIPER
## EGGLESTON & CRAMER PC

Attorneys at Law

Burlington VT | Montpelier VT | St. Johnsbury VT | Littleton NH

**FILED**

AUG 2 1 2009

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Douglas J. Wolinsky
dwolinsky@ppeclaw.com

August 19, 2009

Diann M. Freeman
Alexander Pirnie Federal Building
10 Broad Street, Room 230
Utica, NY 13501

Re: Robert Thomas, Jr. – Case No. 07-61553

Dear Ms. Freeman:

Enclosed please find check number 122 in the amount of $67.50 which represents unclaimed funds for the following:

*(handwritten: Rec'd 8/21/09 MC)*

| Claimant | Check # | Amount |
|---|---|---|
| Robert R. Thomas, Jr.<br>36 Prospect Street<br>Gouveneur, NY 13642 | 121 | $67.50 |

Thank you.

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00981-00487\Doc #28

*(stamp: 2009 AUG 21 AM 10:56 RECEIVED)*

150 South Champlain Street　P.O. Box 1489　Burlington, Vermont 05402-1489　tel 802 864 0880　fax 802 864 0328　www.ppeclaw.com